UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA,

                  Plaintiff,

-against-

Jose Elias

                  Defendant.
-----------------------------------------------------------------

Case No.: 19 MAG 8152 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 30th day of September, 2020
Poughkeepsie, New York